# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| | |
|---|---|
| **Debtor(s) Name:**<br><br>**Rebel Fabrics, Inc.** | **For Court Use Only**<br><br>**FILED**<br><br>June 8, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY LS2 DEPUTY CLERK |
| **Chapter: 7**<br><br>**Case Number: 2:09–bk–34978–BR** | **ORDER CLOSING CASE** |

*Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.*

*Dated: 6/8/10*                                                                                  *By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

9/ LS2